UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. MOORE, | No. 2:14-cv-1580 JAM CKD P |
| Petitioner, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| KEVIN CHAPPELL, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

Examination of the in forma pauperis affidavit reveals that petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

The court's records reveal that petitioner has previously filed an application for a writ of habeas corpus attacking the conviction and sentence challenged in this case. See Case No. 2:02-cv-0007 JAM DAD P. The previous application was filed on January 3, 2002, and was denied on the merits on April 1, 2011.[1] Before petitioner can proceed with the instant application, he must

---

[1] See also Case No. 2:13-cv-00182 LKK JFM P (dismissing as successive petitioner's challenge to same conviction and sentence).

1

1 move in the United States Court of Appeals for the Ninth Circuit for an order authorizing the
2 district court to consider the application.  28 U.S.C. § 2244(b)(3).  Therefore, petitioner's
3 application must be dismissed without prejudice to its refiling upon obtaining authorization from
4 the United States Court of Appeals for the Ninth Circuit.

5     Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without
6 prejudice.

7     These findings and recommendations are submitted to the United States District Judge
8 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
9 after being served with these findings and recommendations, petitioner may file written
10 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
11 Findings and Recommendations."  Petitioner is advised that failure to file objections within the
12 specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
13 F.2d 1153 (9th Cir. 1991).

14 Dated:  August 4, 2014

15 _____
CAROLYN K. DELANEY
16 UNITED STATES MAGISTRATE JUDGE

19 2 / moor1580.success

2